```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 03 B 50961
   ROWENA DYE
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-5669


-----------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 12/18/2003 and was confirmed 02/09/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 08/22/2007.
-----------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------------
BALABAN FURNITURE          SECURED             400.00        111.72         400.00
BALABAN FURNITURE          UNSECURED          1569.35           .00         156.94
ROBERT J ADAMS & ASSOC     REIMBURSEMENT       194.00           .00         194.00
A ALL FINANCIAL            UNSECURED        NOT FILED           .00            .00
AMERICASH LOANS LLC        UNSECURED           618.92           .00          61.89
BROTHER LOAN & FINANCE     UNSECURED           261.31           .00          26.13
ENCORE RECEIVABLES         UNSECURED        NOT FILED           .00            .00
CITY OF CHICAGO PARKING    UNSECURED           320.00           .00          32.00
LINCOLN PARK HOSPITAL      UNSECURED        NOT FILED           .00            .00
MICROSOFT NETWORK          UNSECURED        NOT FILED           .00            .00
NATIONAL QUICK CASH        FILED LATE          315.00           .00            .00
FIRST PREMIER BANK         UNSECURED        NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED              .00           .00            .00
ISAC                       UNSECURED          1039.79           .00         103.98
CHARTER ONE BANK           UNSECURED        NOT FILED           .00            .00
THE NEIGHBORHOOD           UNSECURED        NOT FILED           .00            .00
UNIVERSAL LENDERS INC      UNSECURED          1116.17           .00         111.62
WOMENS WORKOUT WORLD       UNSECURED        NOT FILED           .00            .00
RJM AQUISITIONS FUNDING    UNSECURED            39.58           .00           3.96
B-FIRST LLC                UNSECURED          1589.62           .00         158.96
ROBERT J ADAMS & ASSOC     DEBTOR ATTY       2,000.00                     2,000.00
TOM VAUGHN                 TRUSTEE                                          193.45
DEBTOR REFUND              REFUND                                            45.35

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                  3,600.00

PRIORITY                                            194.00
SECURED                                             400.00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 03 B 50961 ROWENA DYE
```

```
        INTEREST                                                111.72
UNSECURED                                                       655.48
ADMINISTRATIVE                                                2,000.00
TRUSTEE COMPENSATION                                            193.45
DEBTOR REFUND                                                    45.35
                                    ---------------     ---------------
TOTALS                                     3,600.00            3,600.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
   Dated: 11/27/07                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                                                    PAGE   2
            CASE NO. 03 B 50961 ROWENA DYE